## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**BRIAN JACKSON,**

                **Plaintiff,**

**-vs-**                                                          **Case No.  6:12-cv-980-Orl-36KRS**

**F.I.R.S.T. SERVICES CORP. OF ORLANDO,**

                **Defendant.**

_____

### ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **JOINT MOTION FOR EXTENSION OF TIME TO MEET AND CONFER IN PERSON (Doc. No. 15)**
>
> **FILED:**      October 11, 2012
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The deadline to meet and confer in a good faith effort to settle all pending issues is extended up to and including October 31, 2012.  The parties shall not cite nor rely upon this extension of time as a basis for enlargement of other deadlines in this case.

**DONE** and **ORDERED** in Orlando, Florida this October 12, 2012.

                                                            *Karla R. Spaulding*
                                                      KARLA R. SPAULDING
                                      UNITED STATES MAGISTRATE JUDGE